UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Charles Gresham, Jr.** | : |
| Debtor(s) | : NO.  16-15138 ELF |

CERTIFICATION OF NO OBJECTION OR RESPONSE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that he filed a Motion for Application of Counsel Fee and Reimbursement of Costs with the Clerk of the United States Bankruptcy Court and sent notice via first class mail or electronically on February 28, 2017, to the trustee and all interested parties.

Counsel certifies that more than twenty-one (21) days have elapsed since the serving of said notice and there have been no answer, objection or other responsive pleadings filed in the above- referenced case and therefore requests that this court award attorney compensation of $3,500.00.

 3-22-17                                                                /s/    MICHAEL A. LATZES
  Date                                                                  MICHAEL A. LATZES, ESQUIRE
                                                                        1528 Walnut Street, Suite 700
                                                                        Philadelphia, PA   19102
                                                                        (215) 545-0200 (Phone)
                                                                        (215) 545-0668 (Fax)