**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 16-15138-ELF

CHARLES GRESHAM, JR.

6423 SAYBROOK AVE.

PHILADELPHIA, PA 19142

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHARLES GRESHAM, JR.

    6423 SAYBROOK AVE.

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

                                                  /S/ William C. Miller

Date: 6/6/2017                                _____

                                                  William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee