United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15138-elf
Charles Gresham, Jr.                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2              Date Rcvd: Jul 12, 2017
                              Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db         +Charles Gresham, Jr.,    6423 Saybrook Ave.,    Philadelphia, PA 19142-2320
13763119    Police & Fire Federal Credit Union,    901 Arch Street,    Attn: Bankruptcy Dept.,
             Philadelphia, PA 19107-2495
13763122   +Shanita M. Price,    6423 Saybrook Ave.,    Philadelphia, PA 19142-2320
13763123   +Shanita Price,    6423 Saybrook Ave.,    Philadelphia, PA 19142-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 13 2017 01:31:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2017 01:31:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2017 01:31:29    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13767622        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 13 2017 01:36:27
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13846268       +E-mail/Text: bankruptcy@phila.gov Jul 13 2017 01:31:32
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13770519       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 13 2017 01:31:23
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13763117        E-mail/Text: bankruptcy@consumerportfolio.com Jul 13 2017 01:31:23
                 Consumer Portfolio Services,    P.O. BOX 57071,   Attn: Bankruptcy Dept.,
                 Irvine, CA 92619-7071
13763118        E-mail/Text: blegal@phfa.org Jul 13 2017 01:31:19     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    P.O. BOX 15057,   Harrisburg, PA 17105-5057
13763120        E-mail/Text: bankruptcy@purchasingpower.com Jul 13 2017 01:31:45     Purchasing Power, LLC,
                 1349 W. Peachtree St. NW, Suite 1100,    Attn: Bankruptcy Dept.,    Atlanta, GA 30309-2956
13763121       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 13 2017 01:36:21     Regional Acceptance,
                 1200 E. Firetower Road,    Attn: Bankruptcy Dept.,    Greenville, NC 27858-4196
13768503        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 13 2017 01:36:21     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
13786393        E-mail/Text: appebnmailbox@sprint.com Jul 13 2017 01:31:17     Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
13763569       +E-mail/Text: legal@gosafco.com Jul 13 2017 01:30:52    Southern Auto Finance Company,
                 6700 N. Andrews Ave., Ste. 500,    Ft. Lauderdale, FL 33309-2199
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor Charles  Gresham, Jr. efiling@mlatzes-law.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Jul 12, 2017
                               Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc. pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                            TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHARLES GRESHAM, JR. | Chapter 13 |
| Debtor | Bankruptcy No. 16-15138-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 12, 2017** _____

Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
CHARLES GRESHAM, JR.

6423 SAYBROOK AVE.

PHILADELPHIA, PA 19142